IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-32 |
| | ) | (PHILLIPS/GUYTON) |
| JEREMY ROBBINS, STEVE SHIPLEY, | ) | |
| DIANE SHANDS ROBBINS, | ) | |
| ANDREW SEATON, | ) | |
| SIDNEY DOUGLAS ADAMS, | ) | |
| WILLIAM S. DENTON, | ) | |
| VAIRAME TEDESCO, and | ) | |
| ERIC WATSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the defendants' Motion For Continuance Of Pleadings Deadline [Doc. 56], filed on May 25, 2005. The defendants ask that the May 25, 2005 motion deadline [Doc. 35] be extended to June 8, 2005, because of on-going discovery and the number of issues in the case. The Assistant United States Attorney assigned to the case states that he does not oppose the motion. Good cause having been shown, the Court **GRANTS** the defendants' Motion [**Doc. 56**] and extends the defendants' motion deadline to **June 8, 2005**. In light of this extension, the Court also **EXTENDS** the response deadline for the government to **June 22,**

1

**2005.** The June 17, 2005 motion hearing date is removed from the Court's calendar, to be re-set if necessary. All other dates in the case, including the August 29, 2005 pretrial conference, shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge